LDA

UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

ARDEN JEWELRY MFG. CO.,
Plaintiff,

v.

K MART CORPORATION,
Defendant.

CA 05 467ML

C.A. No. 2005-

JURY TRIAL CLAIMED

**COMPLAINT**

**PARTIES**

1. Plaintiff, ARDEN JEWELRY MFG. CO. ("ARDEN"), is a Rhode Island corporation with its principal place of business in Johnston, Rhode Island.

2. Defendant, K MART CORPORATION ("K MART"), is a Michigan corporation with its principal place of business in Troy, Michigan. K MART has sufficient minimum contacts with this forum to subject it to this court's *in personam* jurisdiction.

**JURISDICTION**

3. This court has subject matter jurisdiction pursuant to 28 U.S.C. § 1331, in that this matter arises under federal law. In particular, this is an action for copyright infringement under the Copyright Act of 1976, 17 U.S.C. §§ 101 *et seq.* and for violations of Section 43 (a) of the Lanham Act, 15 U.S.C. §1125 (a). This court also has supplemental jurisdiction over the related state law claims, pursuant to 28 U.S.C. § 1367.

**FACTS**

4. Plaintiff designs, manufactures, and sells original styles of jewelry. One of plaintiff's original jewelry designs is its Snowman Pin design, Arden style number 4059-P ("Arden's Snowman Pin").

5. Without plaintiff's permission and in violation of plaintiff's rights, defendant is making, importing, selling and offering for sale in Rhode Island and elsewhere a Snowman Pin that imitates, copies, and infringes

upon Arden's Snowman Pin design. A picture showing Arden's Snowman Pin side-by-side with the unauthorized copy is annexed hereto as Exhibit "A".

6. Arden's Snowman Pin design is registered with the U.S. Copyright Office. Annexed hereto as Exhibit "B" is U.S. Copyright Certificate of Registration No. VA 1-137-333.

7. As a direct and proximate result of defendant's acts of infringement, plaintiff has suffered damages.

8. As a direct and proximate result of defendant's acts of infringement, plaintiff has suffered and continues to suffer irreparable harm for which there is no adequate remedy at law.

9. Defendant's acts of infringement have been and continue to be willful.

**COUNT I**
**(Copyright Infringement --**
**Arden's Snowman Pin Design --**
**U.S. Copyright Registration VA 1-137-333)**

10. Paragraphs 1 through 9 are incorporated herein.

11. Defendant has infringed upon and is continuing to infringe upon Arden's Snowman Pin design, U.S. Copyright Certificate of Registration No. VA 1-137-333.

12. As a direct and proximate result of defendant's acts of infringement, plaintiff has suffered money damages.

13. As a direct and proximate result of defendant's acts of infringement, plaintiff has suffered and continues to suffer irreparable harm for which there is no adequate remedy at law.

14. Defendant's acts of infringement have been and continue to be willful.

WHEREFORE, plaintiff prays for judgment in its favor and against defendant:

- for a preliminary and a permanent injunction prohibiting defendant from infringing plaintiff's design;

- for a preliminary and a permanent injunction prohibiting defendant from making, importing, offering for sale, or selling the infringing goods;
- for a preliminary and a permanent injunction ordering defendant to recall and remove from places of sale the infringing goods;
- for an order impounding the infringing goods;
- for preliminary and a permanent injunction ordering defendant to deliver upon oath the infringing goods;
- for an accounting for all profits earned by defendant on the sale of the infringing goods;
- for an award of actual damages plus the defendant's profits;
- for an award of statutory damages against the defendant;
- for an award of costs and attorneys' fees;
- for such other relief as the court deems just.

**COUNT II**
**(Violation of Section 43 (a) of the Lanham Act)**

15. Paragraphs 1 through 14 are incorporated herein.

16. Defendant's infringement upon plaintiff's original jewelry design constitutes a false designation of origin and a false description of the goods effecting interstate commerce in violation of Section 43 (a) of the Lanham Act, 15 U.S.C. §1125 (a).

WHEREFORE, plaintiff prays for judgment in its favor and against defendant:

- for all remedies available under Section 43(a) of the Lanham Act;
- for a preliminary and a permanent injunction prohibiting defendant from infringing plaintiff's design;
- for a preliminary and a permanent injunction prohibiting defendants from making, offering for sale, or selling the infringing goods;
- for a preliminary and a permanent injunction ordering defendant to recall and remove from places of sale the infringing goods;
- for an order impounding the infringing goods;
- for preliminary and a permanent injunction ordering defendant to deliver upon oath the infringing goods;

- for an accounting for all profits earned by defendant on the sale of the infringing goods;
- for an award of actual damages plus the defendant's profits;
- for an award of costs and attorneys' fees;
- for such other relief as the court deems just.

**COUNT III**
**(Misappropriation)**

17. Paragraphs 1 through 16 are incorporated herein.

18. Plaintiff has invested substantial time, effort, and money in the jewelry design described herein.

19. Defendant has appropriated the fruits of plaintiff's investment at no cost.

20. As a direct and proximate result of defendant's misappropriation, plaintiff has been injured.

WHEREFORE, plaintiff prays for judgment in its favor and against the defendant:

- for an award of compensatory damages;
- for an award of punitive damages;
- for an award of costs and attorneys' fees;
- for such other relief as the court deems just.

**COUNT IV**
**(Dilution)**

21. Paragraphs 1 through 20 are incorporated herein.

22. Defendant's infringement upon plaintiff's jewelry design, as described herein, causes a likelihood of injury to plaintiff's business reputation and a likelihood of dilution of the distinctive quality of plaintiff's jewelry design, in violation of plaintiff's common law rights and in violation of R.I.G.L. § 6-2-12.

WHEREFORE, plaintiff prays for judgment in its favor and against the defendant:

- for all remedies available under R.I.G.L. § 6-2-12;
- for an award of compensatory damages;
- for an award of punitive damages;
- for an award of costs and attorneys' fees;
- for such other relief as the court deems just.

Plaintiff,
ARDEN JEWELRY MFG. CO.,
By Its Attorney,

Michael H. Feldhuhn (#3344)
56 Pine Street
Suite 200
Providence, Rhode Island 02903
Tel. (401) 331-6600
FAX (401) 274-2780

DATED: November 10, 2005

Plaintiff claims a trial by jury on all issues so triable.

# EXHIBIT "A"



ARDEN PIN ACCUSED PIN

SC 8/28/2

# CERTIFICATE OF REGISTRATION

For a Work of the Visual Arts
UNITED STATES COPYRIGHT OFFICE

VA 1-137-333

EFFECTIVE DATE OF REGISTRATION

JUL 31 Month Day Year

UNITED STATES COPYRIGHT OFFICE ★ THE LIBRARY OF CONGRESS

This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

Marybeth Peters

REGISTER OF COPYRIGHTS
United States of America

OFFICIAL SEAL

SEPARATE CONTINUATION SHEET.

**1** TITLE OF THIS WORK ▼ 14058p, 34059p, [redacted] 1800ew
4060p4367p, 14114p, 6478p, 6474p, 6479p, 11796ew
6571p, 6513p, 6596p, 6568p, 6597p, 21794ew

NATURE OF THIS WORK ▼ See instructions
CHRISTMAS PINS/EARRINGS
JEWELRY DESIGN

PREVIOUS OR ALTERNATIVE TITLES ▼

**Publication as a Contribution** If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared. Title of Collective Work ▼

If published in a periodical or serial give: Volume ▼ Number ▼ Issue Date ▼ On Pages ▼

**2** a NAME OF AUTHOR ▼ ARDEN JEWELRY MFG CO INC.

DATES OF BIRTH AND DEATH Year Born ▼ Year Died ▼

Was this contribution to the work a "work made for hire"? ☐ Yes ☒ No

Author's Nationality or Domicile Name of Country OR { Citizen of ▶ Domiciled in ▶

Was This Author's Contribution to the Work Anonymous? ☒ Yes ☐ No Pseudonymous? ☐ Yes ☒ No If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Check appropriate box(es). See instructions
☐ 3-Dimensional sculpture ☐ Map ☐ Technical drawing
☐ 2-Dimensional artwork ☐ Photograph ☐ Text
☐ Reproduction of work of art ☒ Jewelry design ☐ Architectural work

**NOTE**

Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

b NAME OF AUTHOR ▼ ARDEN JEWELRY MFG CO INC.

DATES OF BIRTH AND DEATH Year Born ▼ Year Died ▼

Was this contribution to the work a "work made for hire"? ☐ Yes ☐ No

Author's Nationality or Domicile Name of Country OR { Citizen of ▶ Domiciled in ▶

Was This Author's Contribution to the Work Anonymous? ☒ Yes ☐ No Pseudonymous? ☐ Yes ☒ No If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Check appropriate box(es). See instructions
☐ 3-Dimensional sculpture ☐ Map ☐ Technical drawing
☐ 2-Dimensional artwork ☐ Photograph ☐ Text
☐ Reproduction of work of art ☒ Jewelry design ☐ Architectural work

**3** a Year in Which Creation of This Work Was Completed 2000 ◀ Year This information must be given in all cases.

b Date and Nation of First Publication of This Particular Work Complete this information ONLY if this work has been published. Month ▶ JAN Day ▶ 04 Year ▶ 2000 ◀ Nation

**4** COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the author given in space 2. ▼
ARDEN JEWELRY MFG CO INC.
10 INDUSTRIAL LANE
JOHNSTON, RI 02919

See instructions before completing this space.

**Transfer** If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

DO NOT WRITE HERE OFFICE USE ONLY
APPLICATION RECEIVED JUL 31 2001 NOV 21 2001
ONE DEPOSIT RECEIVED JUL 31 2001
TWO DEPOSITS RECEIVED
FUNDS RECEIVED

MORE ON BACK ▶ • Complete all applicable spaces (numbers 5-9) on the reverse side of this page. • See detailed instructions • Sign the form at line 8.

DO NOT WRITE HERE

"B"

EXAMINED BY

CHECKED BY

☒ CORRESPONDENCE Yes

FOR COPYRIGHT OFFICE USE ONLY

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**5**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?

☐ Yes ☒ No If your answer is "Yes," why is another registration being sought? (Check appropriate box.) ▼

a. ☐ This is the first published edition of a work previously registered in unpublished form.

b. ☒ This is the first application submitted by this author as copyright claimant.

c. ☐ This is a changed version of the work, as shown by space 6 on this application.

If your answer is "Yes," give: **Previous Registration Number** ▼ **Year of Registration** ▼

**6**

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a and 6b for a derivative work; complete only 6b for a compilation.

a **a. Preexisting Material** Identify any preexisting work or works that this work is based on or incorporates. ▼

See instructions before completing this space

b **b. Material Added to This Work** Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

**7**

a **DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.

Name ▼ Account Number ▼

b **CORRESPONDENCE** Give name and address to which correspondence about this application should be sent. Name/Address/Apt/City/State/ZIP ▼

ARDEN JEWELRY MFG CO INC.
10 INDUSTRIAL LANE
JOHNSTON, RI 02919

Area code and daytime telephone number ▶ ( 401-274-9800 Fax number ▶ ( 401-273-1862

Email ▶

**8**

**CERTIFICATION*** I, the undersigned, hereby certify that I am the

check only one ▶
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☒ authorized agent of STEVEN ABRAMS
Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.

STEVEN ABRAMS Date ▶ 7/24/01

Handwritten signature (X) ▼

X [signature]

**9**

**Certificate will be mailed in window envelope to this address:**

Name ▼ ARDEN JEWELRY MFG CO INC.

Number/Street/Apt ▼ 10 INDUSTRIAL LANE

City/State/ZIP ▼ JOHNSTON, RI 02919

YOU MUST:
• Complete all necessary spaces
• Sign your application in space 8

SEND ALL 3 ELEMENTS IN THE SAME PACKAGE:
1. Application form
2. Nonrefundable filing fee in check or money order payable to *Register of Copyrights*
3. Deposit material

MAIL TO:
Library of Congress
Copyright Office
101 Independence Avenue, S.E.
Washington, D.C. 20559-6000

As of July 1, 1999, the filing fee for Form VA is $30.

*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

June 1999—100,000

PRINTED ON RECYCLED PAPER

U.S. GOVERNMENT PRINTING OFFICE: 1999-454-879/71


COPY
3-23-01
*(6/15/99)
11796EW
3-7-00
*(10/28/99)
1800EW
3-6-00
*(6/15/99)
2179 4-EW
APP 7/24/01
ARDEN JEWELRY MFG.
Johnston, RI 02919 Tel: 401-274-9800
Style #: 6479P $
2-26-01
4365P (ref 3170P)
Believe in Angels
app 7/24/01
Warm Winter Wishes
APP 7/24/01
6513P
6478P
APP 7/24/01
6474P
APP 7/24/01
6-21-00
(6-10-00)
4058P
6571P
APP 5/6/2