UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

ARDEN JEWELRY MFG. CO.,
Plaintiff,

v.

C.A. No. 2005-467-ML

K MART CORPORATION,
Defendant.

**NOTICE OF CONSENT TO ENLARGEMENT OF TIME**

Plaintiff has agreed that the defendant may have a 30-day enlargement of time, to and including **December 30, 2005**, to answer, move, or otherwise respond to the complaint.

Plaintiff,
By Its Attorney,

DATE: November 30, 2005

Michael H. Feldhuhn (#3344)
56 Pine Street
Suite 200
Providence, Rhode Island 02903
Tel. (401) 331-6600
FAX (401) 274-2780

ENTER:

The Honorable Mary M. Lisi
U.S. District Judge

Date: 12/2/05

CERTIFICATION

On this 30th day of November, 2005, I mailed a copy of this to:

Anastasia Katinas, Esquire
Senior Counsel
Law Department
Sears Holdings Corporation
3333 Beverly Road, B6-363B
Hoffman Estates, Illinois 60179
*Counsel for K Mart Corporation*

______________________