RECEIVED

DEC 29 2005

Property of U.S. District Court
District of Rhode Island

UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

ARDEN JEWELRY MFG. CO.,
Plaintiff,

v.

C.A. No. 05-467-ML

K MART CORPORATION,
Defendant.

**NOTICE OF DISMISSAL**

Pursuant to a settlement agreement by the parties to this matter, and pursuant to F.R.C.P. 41(a)(1)(i), the above-entitled action is dismissed, with prejudice, no interest, no costs, no fees, to any party.

Plaintiff,
By Its Attorney,

DATE: December 29, 2005

Michael H. Feldhuhn (#3344)
56 Pine Street
Suite 200
Providence, Rhode Island 02903
Tel. (401) 331-6600
FAX (401) 274-2780

ENTER:

The Honorable Mary M. Lisi
U.S. District Judge

Date: 12/30/05

CERTIFICATION

On this 29th day of December, 2005, I mailed a copy of this to:

Anastasia Katinas, Esquire
Senior Counsel
SEARS HOLDINGS CORPORATION
3333 Beverly Road, B6-363B
Hoffman Estates, Illinois 60179
Counsel for K Mart Corporation

______________________________